**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF ILLINOIS<br>WESTERN DIVISION (ROCKFORD) | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DDS Specialty Builders, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **36-4146597** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**8206 Mason Hill Road**<br>**Woodstock, IL**<br>ZIP CODE **60098-7949** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**8206 Mason Hill Road**<br>**Woodstock, IL**<br>ZIP CODE **60098-7949** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**  **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (12/11)                                                                                                         Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **DDS Specialty Builders, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br><div align="right">Date</div> |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012 (Build 9.1.41.1, ID 4280360340)*

B1 (Official Form 1) (12/11)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **DDS Specialty Builders, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Charles Wm. Dobra**

**Charles Wm. Dobra**          Bar No. **00647039**

**Charles Wm. Dobra, Ltd.**
**675 East Irving Park Road**
**Suite 100**
**Roselle, IL 60172**

Phone No. **(630) 893-2494**      Fax No. **(630) 893-2497**

8/2/2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**DDS Specialty Builders, Inc.**

X **/s/ John J Schefke, Jr.**
Signature of Authorized Individual

**John J Schefke, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**8/2/2012**
Date

_____

Address
X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:   **DDS Specialty Builders, Inc.**                 CASE NO

CHAPTER   **7**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is_____**36-4146597**_____.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3. The following financial data is the latest available information and refers to the debtor's condition on_____**6/13/2012**_____.

    a. Total Assets                 $32,200.00

    b. Total Liabilities           $301,120.08

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $35,320.79 | 5 |
| Contingent  secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $378.36 | 19 |
| Contingent  unsecured debt | $0.00 | 0 |
| Disputed unsecured debt | $0.00 | 0 |
| Unliquidated unsecured debt | $265,420.93 | 50 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

4. Brief description of debtor's business:
    *Construction*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:   **DDS Specialty Builders, Inc.**                              CASE NO

                                                                       CHAPTER     **7**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:
    *John J. Schefke, Jr.-51%*
    *John J. Schefke, III-49%*

---

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I, _____**John J Schefke, Jr.**_____ , the _____**President**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date:____**8/2/2012**_____          Signature:___**/s/ John J Schefke, Jr.**_____
                                                              ***John J Schefke, Jr.***
                                                              **President**

B6A (Official Form 6A) (12/07)

In re  **DDS Specialty Builders, Inc.**                                Case No. _____
                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | **Total:** | **$0.00** |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **DDS Specialty Builders, Inc.**                                        Case No. _____

                                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Liability, Workers Compensation and auto policies all cancelled on cessation of business. | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **DDS Specialty Builders, Inc.**                    Case No. _____
                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **DDS Specialty Builders, Inc.**                              Case No. _____

                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | State plumbing license. | | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **DDS Specialty Builders, Inc.**                                    Case No. _____

                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Stationary, envelopes, old fax machine and phone. | | $15.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 1999 International 8100 Dump Truck (VIN: 1HSHBADN9XH648870) (fair condition). Debtor may be able to transfer title to this property in exchange for buyer assuming debt of chattel mortgage. | | $9,500.00 |
| | | 2007 Yanmar SV08 Excavator (poor to fair condition). Debtor may be able to transfer title in exchage for assumption of chattel mortgage. | | $4,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                           ___3___ continuation sheets attached     **Total   >**   | **$13,515.00** |
      (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **DDS Specialty Builders, Inc.**                                   Case No. _____
                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $146,450.*

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

|  |  | $0.00 | $0.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07)

In re  **DDS Specialty Builders, Inc.**                                   Case No. _____

                                                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxxxxx6-700**<br><br>**ASV Capital**<br>**1540 W Fountainhead Parkway**<br>**Tempe, AZ 85282** | | DATE INCURRED: **2008**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**ASV Model SR80 Track Loader**<br>REMARKS:<br><br>VALUE:                                **$15,000.00** | | | | **$13,300.00** | |
| ACCT #: **xx2217**<br><br>**Capital Network Financial Services**<br>**2600 W Olive Avenue, 7th Floor**<br>**Burbank, CA 91505** | | DATE INCURRED:  **2/2008**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1999 International 8100 Dump Truck (VIN: 1HSHB**<br>REMARKS:<br><br>VALUE:                                **$9,500.00** | | | | **$7,500.00** | |
| ACCT #:<br><br>**Ford Credit**<br>**c/o Correspondence**<br>**P. O. Box 64400**<br>**Colorado Springs, CO 80962-4400** | | DATE INCURRED:  **2008**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2007 Ford E250 (VIN: 1FTNE24L27DB06833**<br>REMARKS:<br><br>VALUE:                                **$0.00** | | | | **$9,829.24** | **$9,829.24** |
| ACCT #:<br><br>**HCA Equipment Finance LLC**<br>**800 Connecticut Avenue**<br>**Norwalk, CT 06854** | | DATE INCURRED:  **7/2007**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2007 Yanmar SV08 Excavator**<br>REMARKS:<br><br>VALUE:                                **$4,000.00** | | | | **$2,000.00** | |
| | | Subtotal (Total of this Page) > | | | | **$32,629.24** | **$9,829.24** |
| | | Total (Use only on last page) > | | | | **$32,629.24** | **$9,829.24** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **DDS Specialty Builders, Inc.**                                  Case No. _____
                                                                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **DDS Specialty Builders, Inc.**                              Case No. _____
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **x8229**<br><br>**OSHA**<br>**U S Department of Labor**<br>**365 Smoke Tree Plaza**<br>**North Aurora, IL 60542** | | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Safety fines**<br>REMARKS: | | | X | **$4,000.00** | **$0.00** | **$4,000.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____1_____ of _____1_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$4,000.00** | **$0.00** | **$4,000.00** |

**Total >** | **$4,000.00** | | |

(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

**Totals >** | | **$0.00** | **$4,000.00** |

(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **DDS Specialty Builders, Inc.**                    Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br>**A-Special Electric Service & Supply** <br>**Brady & Birt, LLC** <br>**3710 Commercial Avenue, Ste 3** <br>**Northbrook, IL 60062** | | DATE INCURRED: **11/2011** <br>CONSIDERATION: <br>**Open account** <br>REMARKS: | | X | | **$16,235.00** |
| ACCT #: <br>**A-Special Electric Supply** <br>**230 W Irving Park Road** <br>**Wood Dale, IL 60191** | | DATE INCURRED: <br>CONSIDERATION: <br>**Notice Only** <br>REMARKS: | | | | **$0.00** |
| ACCT #:  **x1071** <br>**Abatangelo Hansen, Ltd** <br>**Structural Engineers** <br>**53 W Jackson Blvd., Ste 1500** <br>**Chicago, IL 60604** | | DATE INCURRED:  **8/2011** <br>CONSIDERATION: <br>**Open account** <br>REMARKS: | | X | | **$1,860.00** |
| ACCT #:  **xxxx0900** <br>**ABC Supply** <br>**171 Erick Street** <br>**Crystal Lake, IL 60014** | | DATE INCURRED:  **8/2011** <br>CONSIDERATION: <br>**Open account** <br>REMARKS: | | X | | **$7,170.58** |
| ACCT #: <br>**ABC Supply** <br>**Hunter warfield** <br>**4620 Woodland Corporate Blvd.** <br>**Tampa, FL 33614** | | DATE INCURRED: <br>CONSIDERATION: <br>**Notice Only** <br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxx0726** <br>**American Community Bank & Trust** <br>**1290 Lake Avenue** <br>**Woodstock, IL 60098** | | DATE INCURRED:  **4/2012** <br>CONSIDERATION: <br>**Overdraft** <br>REMARKS: | | X | | **$561.00** |

|  | Subtotal > | **$25,826.58** |
|---|---|---|
| _____11_____ continuation sheets attached | Total > <br>(Use only on last page of the completed Schedule F.) <br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re    **DDS Specialty Builders, Inc.**                    Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx-xx010-0**<br>**Aronson Fence Co.**<br>**Michling Hofmann Plaza & Wick**<br>**101 N Troop Street**<br>**Woodstock, IL 60098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Aronson Fence Company**<br>**26356 W Ivanhoe Road**<br>**Wauconda, IL 60084** | | DATE INCURRED:  **6/2010**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$3,150.00** |
| ACCT #:<br>**Biedron Heating**<br>**Francis Bongiovanni**<br>**108 Bokelman Street**<br>**Roselle, IL 60172** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Biedron Heating & Cooling, Inc**<br>**1820 Wallace Avenue**<br>**St. Charles, IL 60173** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | X | | **$0.00** |
| ACCT #:  **xxxx xx xx2725**<br>**Biedron Heating & Cooling, Inc.**<br>**Peregrine, Stime, Newman, et al**<br>**221 E Illinois Street,**<br>**P. O. Box 564**<br>**Wheaton, IL 60187-0564** | | DATE INCURRED:  **1/2009**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$36,608.70** |
| ACCT #:<br>**Bizon Roofing Company**<br>**304 Forest Drive**<br>**Island Lake, IL 60042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$7,000.00** |

Sheet no. ____**1**____ of ____**11**____ continuation sheets attached to          Subtotal >          **$46,758.70**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                        **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **DDS Specialty Builders, Inc.**                    Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx9453**<br>**BMO Harris Bank**<br>**P. O. Box 94033**<br>**Palatine, IL 60094** | | DATE INCURRED:  **1/2010**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,595.31 |
| ACCT #:<br>**BMO Harris Bank**<br>**Kamm & Shapiro**<br>**17 N State Street, Ste 990**<br>**Chicago, IL 60602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **8527**<br>**Botts Welding & TRK Service, Inc**<br>**335 N Eastwood Drive**<br>**Woodstock, IL 60098** | | DATE INCURRED:  **2010-2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $6,866.65 |
| ACCT #:  **DDS**<br>**Boughton Materials**<br>**11746 S Naperville-Plainfield Road**<br>**Plainfield, IL 60585** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,214.03 |
| ACCT #:  **xxx1739**<br>**Boughton Materials**<br>**Coface Collections North America**<br>**P. O. Box 1389**<br>**Kenner, LA 70063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx-xxxx-xxxx-2896**<br>**Capital One Bank**<br>**P. O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $2,442.29 |

Sheet no. ____**2**____ of ____**11**____ continuation sheets attached to                    Subtotal >            $14,118.28
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DDS Specialty Builders, Inc.**                    Case No. _____

                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xxx9-034**<br>**CES**<br>**P. O. Box 1006**<br>**Wilbraham, MA 01095** | | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$4,202.93** |
| ACCT #:  **xxxx-xxxx-xxxx-8844**<br>**Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | **$3,922.83** |
| ACCT #:<br>**City Electric Supply**<br>**1086 Lake Avenue**<br>**Woodstock, IL 60098** | | DATE INCURRED: **6/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$4,202.93** |
| ACCT #:  **3870**<br>**Clarks Roofing**<br>**2700 W Cermak Road**<br>**Broadview, IL 60155** | | DATE INCURRED: **9/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$749.50** |
| ACCT #:<br>**Dr. Kenneth Barker, DDS**<br>**3235 W Addison**<br>**Chicago, IL 60618** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$10,000.00** |
| ACCT #:<br>**Dr. Vu Phan**<br>**Green Meadows Dental**<br>**1220  Green Bay Road**<br>**Waukegan, IL 60085** | | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Building Materials**<br>REMARKS: | X | X | | **$16,353.83** |

Sheet no. _____**3**_____ of _____**11**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$39,432.02**

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DDS Specialty Builders, Inc.**                    Case No. _____
                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Drop Zone Portables Services, Inc**<br>**P. O. Box 964**<br>**Lockport, IL 60423** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$2,480.00** |
| ACCT #:  **xxxxx0518**<br>**Elgin Key & Lock Company**<br>**201 N Spring Street**<br>**Elgin, IL 60120** | | DATE INCURRED:  **5/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$1,308.41** |
| ACCT #:  **xx4873**<br>**Environmental Recycling & Disposal**<br>**2277 Moen Avenue**<br>**Joliet, IL** | | DATE INCURRED:  **1/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$4,324.08** |
| ACCT #:  **xx4873**<br>**Environmental Recycling & Disposal**<br>**P. O. Box 675**<br>**Orland Park, IL 60462-0675** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Fastenal**<br>**Rauch-Milliken International Inc**<br>**P. O. Box 8390**<br>**Metairie, LA 70011-8392** | | DATE INCURRED:  **10/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$378.36** |
| ACCT #:<br>**Forming Ameica**<br>**1200 N Prince Crossing Road**<br>**West Chicago, IL 60185** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$809.38** |

Sheet no. ____**4**____ of ____**11**____ continuation sheets attached to          Subtotal >          | **$9,300.23** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DDS Specialty Builders, Inc.**                    Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx5215**<br>**Grainger**<br>**1699 E Woodfield Road**<br>**Schaumburg, IL 60173** | | DATE INCURRED:  **2/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$1,361.24** |
| ACCT #:  **xxx0507**<br>**Grainger**<br>**c/o Caine and Weiner**<br>**1699 E Woodfield Road, Ste 360**<br>**Schaumburg, IL 60173** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **x3564**<br>**Gypsum Supply**<br>**195 Porter Drive**<br>**Round Lake Beach, IL 60073** | | DATE INCURRED:  **5/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$7,845.69** |
| ACCT #:  **xx9448**<br>**HD Supply Waterworks**<br>**Richard T Avis & Associates**<br>**P. O. Box 1008**<br>**Arlington Heights, IL 60006** | | DATE INCURRED:  **9/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$14,991.67** |
| ACCT #:<br>**HD Waterworks**<br>**220 S Westgate Drive**<br>**Carol Stream, IL 60188** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xx9163**<br>**Hilti**<br>**Commerical Collection Corp**<br>**34 Seymour Street**<br>**Tonawanda, NY 14150** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**5**____ of ____**11**____ continuation sheets attached to                    Subtotal >   | **$24,198.60** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DDS Specialty Builders, Inc.**                           Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9163**<br>**Hilti Tools**<br>**34 Seymour Street**<br>**Towananda, NY 14150** | | DATE INCURRED:  **6/2010**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $6,332.81 |
| ACCT #:  **xxxxxxxxxxx5710**<br>**Home Depot**<br>**P. O. Box 183176**<br>**Columbus, OH 43218** | | DATE INCURRED:<br>CONSIDERATION:<br>**Store account**<br>REMARKS: | | X | | $3,593.46 |
| ACCT #:  **xxxx-xxxx-xxxx-9413**<br>**Home Depot Credit Services**<br>**P. O. Box 689100**<br>**Des Moines, IA 50368-9100** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Store account**<br>REMARKS: | | X | | $19,711.08 |
| ACCT #:<br>**Jack Frost Steel**<br>**PO Box 191**<br>**90 Horning Road**<br>**Fox Lake, IL 60020** | | DATE INCURRED:  **'09-'11**<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS:<br>**Building materials** | X | X | | $0.00 |
| ACCT #:  **DDS1**<br>**Jensen Rentals**<br>**101 W Terra Cotta Avenue**<br>**Crystal Lake, IL 60014** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,230.00 |
| ACCT #:<br>**Jensen Rentals**<br>**Optio Solutions, LLC**<br>**1444 N McDowell Blvd**<br>**Petaluma, CA 94954-6515** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**6**____ of ____**11**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   | $31,867.35

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DDS Specialty Builders, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**L & M Sheetmetal**<br>**13706 Washington Street**<br>**Woodstock, IL 60098** | | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$7,353.00** |
| ACCT #:<br>**LeWalt Glass**<br>**6521 Commercial Road**<br>**Crystal Lake, IL 60014** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$5,400.00** |
| ACCT #:  **x-1011**<br>**Maher Lumber Company**<br>**301 W Irving Park Road**<br>**Wooddale, IL 60191** | | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | X | X | | **$1,911.61** |
| ACCT #:<br>**McCann Industries**<br>**543 S Rohlwing Road**<br>**Addison, IL 60101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxx xx xx0219**<br>**McCann Industries, Inc**<br>**Nigro Westfall & Gryska, PC**<br>**1793 Bloomingdale Road**<br>**Glendale Heights, IL 60139** | | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$3,715.24** |
| ACCT #:  **x0057**<br>**McHenry Glass & Mirror**<br>**2809 Barney Court**<br>**McHenry, IL 60051** | | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$1,740.00** |

Sheet no. ____7____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$20,119.85**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **DDS Specialty Builders, Inc.**                          Case No.  _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx2118**<br>**Mid America Underground**<br>**901 Ridgeway Avenue**<br>**Aurora, IL 60506** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$5,500.00** |
| ACCT #:  **xx1710**<br>**Midwest Power Vac**<br>**P. O. Box 728**<br>**Antioch, IL 60002** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$2,168.76** |
| ACCT #:  **x2260**<br>**NAPA Auto Parts**<br>**P. O. Box 5066**<br>**Rockford, IL 61125** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$3,821.04** |
| ACCT #:<br>**NAPA Auto Parts**<br>**666 Calhoun Street**<br>**Woodstock, IL 60098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxx8484**<br>**Ozinga**<br>**P. O. Box 910**<br>**Frankfort, IL 60423** | | DATE INCURRED:  **10/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$5,775.36** |
| ACCT #:  **xxx0044**<br>**Palatine Oil Company**<br>**900 National Parkway, Ste 260**<br>**Schaumburg, IL 60173** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |

Sheet no. ___**8**___ of ___**11**___ continuation sheets attached to                                    Subtotal >          | **$17,265.16** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **DDS Specialty Builders, Inc.**  Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxx xC 178**<br>**Palatine Oil Company, Inc**<br>**Donald C. Stinespring & Associates**<br>**5414 Hill Road, P. O. Box 382**<br>**Richmond, IL 60071** | | DATE INCURRED: **10/2010**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $3,821.04 |
| ACCT #: **3147**<br>**RA Adams Enterprises**<br>**2600 W Route 120**<br>**McHenry, IL 60051** | | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,250.91 |
| ACCT #: **x3550**<br>**Schuham Builders Supply**<br>**4640 N Elston Avenue**<br>**Chicago, IL 60630** | | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $4,484.29 |
| ACCT #: **xx xx xx0210**<br>**Schulhof Company**<br>**Stone Pogrund & Korey**<br>**1 E Wacker Drive, Ste 2610**<br>**Chicago, IL 60601** | | DATE INCURRED: **9/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $5,905.62 |
| ACCT #: **xx1333**<br>**Schulhof Company**<br>**4701 N Ravenswood Avenue**<br>**Chicago, IL 60640** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #: **xx-xx724-3**<br>**Service Sanitation**<br>**135 Blaine Street**<br>**Gary, IN 46406** | | DATE INCURRED: **2011-2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $704.60 |

Sheet no. ___9___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $17,166.46

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **DDS Specialty Builders, Inc.**                              Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx2869**<br>**Service Sanitation**<br>**Murphy Lomon & Associates**<br>**2860 River Road, Ste 200**<br>**Des Plaines, IL 60018** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxxx:3227**<br>**Sherwin Williams**<br>**3718 W Elm Street**<br>**McHenry, IL 60050** | | DATE INCURRED:  **9/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | **$904.33** |
| ACCT #:  **xxxxx22-70**<br>**Sherwin Williams**<br>**CST Co.**<br>**P. O. Box 33127**<br>**Louisville, KY 40232-3127** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Specialialty Products Inc**<br>**Caine and Weiner**<br>**1699 E Woodfield Road, Ste 360**<br>**Schaumburg, IL 60173** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Specialty Products, Inc**<br>**1420 W Thorndale**<br>**Itasca, IL 60143** | | DATE INCURRED:  **10/2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | **$2,178.28** |
| ACCT #:<br>**Spitson Masonry**<br>**1010 Trakk Lane, #10**<br>**Woodstock, IL 60098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | **$3,600.00** |

Sheet no. _____**10**_____ of _____**11**_____ continuation sheets attached to                                **Subtotal >**    **$6,682.61**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                           **Total >**
                                               **(Use only on last page of the completed Schedule F.)**
                                             **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DDS Specialty Builders, Inc.**                           Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **1098** <br> **Super Mix of Illinois** <br> **5453 Bull Valley Road, Ste 130** <br> **McHenry, IL 60051** | | DATE INCURRED:  **2011-2012** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | **$10,013.58** |
| ACCT #:  **0985** <br> **Super Mix of Wisconsin** <br> **1810 120th Avenue** <br> **Kenosha, WI 53144** | | DATE INCURRED:  **2011-2012** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | **$4,428.64** |
| ACCT #:  **xxxxxx3968** <br> **Winroc/SPI** <br> **1420 W Thorndale** <br> **Itasca, IL 60143** | | DATE INCURRED:  **2011** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | **$2,178.28** |
| ACCT #: <br> **Woodstock Lumber** <br> **1101 Lake Avenue** <br> **Woodstock, IL 60098** | | DATE INCURRED:  **2011-2012** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | **$8,796.78** |
| | | | | | | |
| | | | | | | |

Sheet no. ____11____ of ____11____ continuation sheets attached to                                       **Subtotal >**   **$25,417.28**

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**   **$278,153.12**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **DDS Specialty Builders, Inc.**                                    Case No. _____
                                                                                         (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **DDS Specialty Builders, Inc.**                                    Case No. _____
                                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John J Schefke III** | **Capital One Bank**<br>P. O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| **John J Schefke, Jr.** | **Home Depot Credit Services**<br>P. O. Box 689100<br>Des Moines, IA 50368-9100 |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re **DDS Specialty Builders, Inc.**

Case No.

Chapter   **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $13,515.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $32,629.24 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $4,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $278,153.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 22 | $13,515.00 | $314,782.36 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **DDS Specialty Builders, Inc.**                                    Case No.  _____

                                                                                              (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____ **24** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)


Date  **8/2/2012** _____          Signature  **/s/ John J Schefke, Jr.** _____

                                                                                **John J Schefke, Jr.**
                                                                                **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*


*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re:   **DDS Specialty Builders, Inc.**                                        Case No. _____

                                                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS

**None**
☑

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

**None**
☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**None**
☐

c.  All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| OSHA | Monthly (Last 90 days) | $0.00 | $4,000.00 |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re:   **DDS Specialty Builders, Inc.**                               Case No. _____

                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Biedron Heating & Cooling, Inc. v. DDS Specialty Builders, Inc., et al 2011 AR 002725** | **Collection** | **Circuit Court of the Eighteenth Judical Court, DuPage County, IL** | **Pending.** |
| **Schulhof Company v. DDS Specialty Builders, Inc 2012 M1 100210** | **Collection** | **Circuit Court of Cook County, Illinois, Municipal Department, First District** | **Pending** |
| **McCann Industries, Inc. v. DDS Specialty Builders, Inc. 2012 SC 000219** | **Collection** | **Circuit Court of the Eighteenth Judicial Circuit, DuPage County, IL** | **Pending** |
| **Palatine Oil Company, Inc. v. DDS Specialty Builders, Inc., et al 2012 SC 178** | **Collection** | **Circuit Court of the Twenty-Second Judicial Circuit, McHenry County, Illinois** | **Pending.** |
| **A-Special Electric Service & Supply v. DDS Specialty Builders and John Schefke, JR. 2012 AR 000975** | **Collection** | **Circuit Court of the Eighteenth Judicial Circuit, County of DuPage, IL** | **Pending** |

---

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Credit c/o Correspondence PO Box 6440 Colorado Springs, CO  80962-4400** | **July 13, 2012** | **2007 Ford E250 (VIN#:1FTNE24L27DB06833).  Debtor estimates value of vehicle at $8,000.00.  Outstanding lien is: $9,829.24.** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:  **DDS Specialty Builders, Inc.**                    Case No.  _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 6. Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Charles Wm. Dobra, Esq.** **675 E Irving Park Road** **Suite 100** **Roselle, IL 60172** | 07/09/2012 | $3,500.00 |
| **U S Bankruptcy Court** | | **$306 filing fee for Chapter 7 Bankruptcy** |

---

### 10. Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑ 

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re:   **DDS Specialty Builders, Inc.**                          Case No. _____

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **American Community Bank & Trust 1290 Lake Avenue Woodstock, IL 60098** | **Checking account (acct #: 00520726)** | **-$561.00; April 12, 2012** |

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re:   **DDS Specialty Builders, Inc.**                                      Case No.   _____

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None
☐  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **DDS Specialty Builders, Inc<br>8206 Mason Hill Road<br>Woodstock, IL 60098<br>36-4146597** | **Construction** | **1996 to 2012** |

---

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re:   **DDS Specialty Builders, Inc.**                                    Case No. _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐    a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Geissler & Associates**<br>**4700 W 95th Street, Ste 204**<br>**Oak Lawn, IL 60453** | **1996 to Present** |

---

None
☑    b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None
☑    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☐    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **John J. Schefke, Jr.**<br>**8206 Mason Hill Road**<br>**Woodstock, IL 60098** | **President** | **51%** |
| **John J. Schefke, III**<br>**8206 Mason Hill Road**<br>**Woodstock, IL 60098** | **Vice-President** | **49%** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   **DDS Specialty Builders, Inc.**                          Case No. _____

                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

### 25. Pension Funds

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **8/2/2012**_____          Signature  **/s/ John J Schefke, Jr.**_____

                                                                        **John J Schefke, Jr.**
                                                                        **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

IN RE:    **DDS Specialty Builders, Inc.**                    CASE NO

CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>ASV Capital<br>1540 W Fountainhead Parkway<br>Tempe, AZ 85282<br>xxx-xxxxxx6-700 | **Describe Property Securing Debt:**<br>ASV Model SR80 Track Loader |

Property will be (check one):
☐ Surrendered        ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

IN RE:   **DDS Specialty Builders, Inc.**                      CASE NO

                                                              CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

Property No.   2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Capital Network Financial Services<br>2600 W Olive Avenue, 7th Floor<br>Burbank, CA 91505<br>xx2217 | 1999 International 8100 Dump Truck (VIN: 1HSHBADN9 |

Property will be (check one):
- ☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt    ☐ Not claimed as exempt

---

Property No.   3

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Ford Credit<br>c/o Correspondence<br>P. O. Box 64400<br>Colorado Springs, CO 80962-4400 | 2007 Ford E250 (VIN: 1FTNE24L27DB06833) |

Property will be (check one):
- ☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

IN RE:  **DDS Specialty Builders, Inc.**                                    CASE NO

                                                                            CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.   4 | |
|---|---|
| **Creditor's Name:**<br>HCA Equipment Finance LLC<br>800 Connecticut Avenue<br>Norwalk, CT 06854 | **Describe Property Securing Debt:**<br>2007 Yanmar SV08 Excavator |

Property will be (check one):
- ☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt    ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **8/2/2012**                              Signature  **/s/ John J Schefke, Jr.**
                                                          *John J Schefke, Jr.*
                                                          *President*

Date                                            Signature

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:   **DDS Specialty Builders, Inc.**                                    CASE NO

                                                                            CHAPTER   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                           **$3,500.00**

   Prior to the filing of this statement I have received:                  **$3,500.00**

   Balance Due:                                                               **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION
      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


   **8/2/2012**                          **/s/ Charles Wm. Dobra**
   _Date_                                 _Charles Wm. Dobra_                    Bar No.  00647039
                                          Charles Wm. Dobra, Ltd.
                                          675 East Irving Park Road
                                          Suite 100
                                          Roselle, IL 60172
                                          Phone: (630) 893-2494 / Fax: (630) 893-2497

---

   **/s/ John J Schefke, Jr.**

   _John J Schefke, Jr._
   _President_

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:    **DDS Specialty Builders, Inc.**                                    CASE NO

                                                                                      CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  <u>8/2/2012</u>                                    Signature  <u>/s/ John J Schefke, Jr.</u>

                                                                              *John J Schefke, Jr.*
                                                                              *President*


Date  _____                Signature  _____

A-Special Electric Service & Su Biedron Heating                    Capital Network Financial Servi
Brady & Birt, LLC              Francis Bongiovanni                 2600 W Olive Avenue, 7th Floor
3710 Commercial Avenue, Ste 3  108 Bokelman Street                Burbank, CA 91505
Northbrook, IL 60062           Roselle, IL 60172


A-Special Electric Supply      Biedron Heating & Cooling, Inc Capital One Bank
230 W Irving Park Road         1820 Wallace Avenue                P. O. Box 30285
Wood Dale, IL 60191            St. Charles, IL 60173              Salt Lake City, UT 84130-0285


Abatangelo Hansen, Ltd         Biedron Heating & Cooling, Inc. CES
Structural Engineers           Peregrine, Stime, Newman, et al P. O. Box 1006
53 W Jackson Blvd., Ste 1500   221 E Illinois Street,             Wilbraham, MA 01095
Chicago, IL 60604              P. O. Box 564
                               Wheaton, IL 60187-0564

ABC Supply                     Bizon Roofing Company              Chase
171 Erick Street               304 Forest Drive                  P. O. Box 15298
Crystal Lake, IL 60014         Island Lake, IL 60042             Wilmington, DE 19850-5298


ABC Supply                     BMO Harris Bank                    City Electric Supply
Hunter warfield                P. O. Box 94033                   1086 Lake Avenue
4620 Woodland Corporate Blvd.  Palatine, IL 60094                Woodstock, IL 60098
Tampa, FL 33614


American Community Bank & Trust BMO Harris Bank                   Clarks Roofing
1290 Lake Avenue               Kamm & Shapiro                     2700 W Cermak Road
Woodstock, IL 60098            17 N State Street, Ste 990         Broadview, IL 60155
                               Chicago, IL 60602


Aronson Fence Co.              Botts Welding & TRK Service, In Dr. Kenneth Barker, DDS
Michling Hofmann Plaza & Wick  335 N Eastwood Drive               3235 W Addison
101 N Troop Street             Woodstock, IL 60098               Chicago, IL 60618
Woodstock, IL 60098


Aronson Fence Company          Boughton Materials                 Dr. Vu Phan
26356 W Ivanhoe Road           11746 S Naperville-Plainfield R Green Meadows Dental
Wauconda, IL 60084             Plainfield, IL 60585              1220  Green Bay Road
                                                                  Waukegan, IL 60085


ASV Capital                    Boughton Materials                 Drop Zone Portables Services, I
1540 W Fountainhead Parkway    Coface Collections North Americ P. O. Box 964
Tempe, AZ 85282                P. O. Box 1389                     Lockport, IL 60423
                               Kenner, LA 70063

Elgin Key & Lock Company
201 N Spring Street
Elgin, IL 60120

HCA Equipment Finance LLC
800 Connecticut Avenue
Norwalk, CT 06854

Jensen Rentals
Optio Solutions, LLC
1444 N McDowell Blvd
Petaluma, CA 94954-6515

Environmental Recycling & Dispo
2277 Moen Avenue
Joliet, IL

HD Supply Waterworks
Richard T Avis & Associates
P. O. Box 1008
Arlington Heights, IL 60006

John J Schefke III

Environmental Recycling & Dispo
P. O. Box 675
Orland Park, IL 60462-0675

HD Waterworks
220 S Westgate Drive
Carol Stream, IL 60188

John J Schefke, Jr.

Fastenal
Rauch-Milliken International In
P. O. Box 8390
Metairie, LA 70011-8392

Hilti
Commerical Collection Corp
34 Seymour Street
Tonawanda, NY 14150

L & M Sheetmetal
13706 Washington Street
Woodstock, IL 60098

Ford Credit
c/o Correspondence
P. O. Box 64400
Colorado Springs, CO 80962-4400

Hilti Tools
34 Seymour Street
Towananda, NY 14150

LeWalt Glass
6521 Commercial Road
Crystal Lake, IL 60014

Forming Ameica
1200 N Prince Crossing Road
West Chicago, IL 60185

Home Depot
P. O. Box 183176
Columbus, OH 43218

Maher Lumber Company
301 W Irving Park Road
Wooddale, IL 60191

Grainger
1699 E Woodfield Road
Schaumburg, IL 60173

Home Depot Credit Services
P. O. Box 689100
Des Moines, IA 50368-9100

McCann Industries
543 S Rohlwing Road
Addison, IL 60101

Grainger
c/o Caine and Weiner
1699 E Woodfield Road, Ste 360
Schaumburg, IL 60173

Jack Frost Steel
PO Box 191
90 Horning Road
Fox Lake, IL 60020

McCann Industries, Inc
Nigro Westfall & Gryska, PC
1793 Bloomingdale Road
Glendale Heights, IL 60139

Gypsum Supply
195 Porter Drive
Round Lake Beach, IL 60073

Jensen Rentals
101 W Terra Cotta Avenue
Crystal Lake, IL 60014

McHenry Glass & Mirror
2809 Barney Court
McHenry, IL 60051

Mid America Underground
901 Ridgeway Avenue
Aurora, IL 60506

Midwest Power Vac
P. O. Box 728
Antioch, IL 60002

NAPA Auto Parts
P. O. Box 5066
Rockford, IL 61125

NAPA Auto Parts
666 Calhoun Street
Woodstock, IL 60098

OSHA
U S Department of Labor
365 Smoke Tree Plaza
North Aurora, IL 60542

Ozinga
P. O. Box 910
Frankfort, IL 60423

Palatine Oil Company
900 National Parkway, Ste 260
Schaumburg, IL 60173

Palatine Oil Company, Inc
Donald C. Stinespring & Associa
5414 Hill Road, P. O. Box 382
Richmond, IL 60071

RA Adams Enterprises
2600 W Route 120
McHenry, IL 60051

Schuham Builders Supply
4640 N Elston Avenue
Chicago, IL 60630

Schulhof Company
Stone Pogrund & Korey
1 E Wacker Drive, Ste 2610
Chicago, IL 60601

Schulhof Company
4701 N Ravenswood Avenue
Chicago, IL 60640

Service Sanitation
135 Blaine Street
Gary, IN 46406

Service Sanitation
Murphy Lomon & Associates
2860 River Road, Ste 200
Des Plaines, IL 60018

Sherwin Williams
3718 W Elm Street
McHenry, IL 60050

Sherwin Williams
CST Co.
P. O. Box 33127
Louisville, KY 40232-3127

Specialialty Products Inc
Caine and Weiner
1699 E Woodfield Road, Ste 360
Schaumburg, IL 60173

Specialty Products, Inc
1420 W Thorndale
Itasca, IL 60143

Spitson Masonry
1010 Trakk Lane, #10
Woodstock, IL 60098

Super Mix of Illinois
5453 Bull Valley Road, Ste 130
McHenry, IL 60051

Super Mix of Wisconsin
1810 120th Avenue
Kenosha, WI 53144

Winroc/SPI
1420 W Thorndale
Itasca, IL 60143

Woodstock Lumber
1101 Lake Avenue
Woodstock, IL 60098